**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **18-po-5069-JTJ**<br>**VIOLATION:**<br>**6027202** |
| **Plaintiff,** | |
| **vs.** | **Location Code: M13** |
| **MERELLE VAILE,** | **ORDER** |
| **Defendant.** | |

Based upon the unopposed motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that the defendant shall pay a fine amount of $250.00 and a $30.00 processing fee for VN 6027202. The fine will be paid in full on or before January 1, 2019. Payment(s) should be mailed to the following address:

Central Violations Bureau
P.O. Box 71363
Philadelphia, PA 19176-1363

The check(s) should be made out to the U.S. Courts - CVB. The defendant may also pay online at www.cvb.uscourts.gov.

IT IS FURTHER ORDERED that the trial in the above captioned matter, currently scheduled for September 14, 2018, is VACATED.

DATED this 12th day of September 2018.


John Johnston
United States Magistrate Judge